UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>                Plaintiff,<br><br>  v.<br><br>GEO GROUP, INC., et al.,<br><br>                Defendants. | No. C09-5489 RJB/KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Before the Court is Plaintiff's application for leave to proceed *in forma pauperis*. Dkt. 2. This matter was transferred to this Court from the United States District Court for the District of Columbia on May 21, 2009. Dkt. 3. By Order dated August 10, 2009, Chief Judge Robert S. Lasnik determined that Plaintiff may proceed only on his claim that certain defendants knowingly built the facility in which he is housed on contaminated land and that Plaintiff has developed skin cancer and other injuries attributable to his exposure to toxic chemicals. Dkt. 7.

After review of Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. 2), the undersigned finds that Plaintiff does not appear to have funds available to afford the $350.00

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 1

| | |
|---|---|
| 1 | court filing fee.  Accordingly, his motion to proceed *in forma pauperis* (Dkt. 2) shall be |
| 2 | **GRANTED**.  The Clerk is directed to mail a copy of this Order to Plaintiff. |
| 3 | DATED this 1st day of September, 2009. |

DATED this 1st day of September, 2009.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING IN FORMA PAUPERIS APPLICATION - 2