UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTOLIN ANDREW MARKS,

                Plaintiff,

  v.

GEO GROUP, INC., et al.,

                Defendants.

No. C09-5489 RJB/KLS

ORDER DIRECTING PLAINTIFF TO SUBMIT SERVICE COPIES AND MARSHAL FORMS

      This matter was transferred to this Court from the United States District Court for the District of Columbia on May 21, 2009. Dkt. 3. By Order dated August 10, 2009, Chief Judge Robert S. Lasnik determined that Plaintiff may proceed only on his claim that certain defendants knowingly built the facility in which he is housed on contaminated land and that Plaintiff has developed skin cancer and other injuries attributable to his exposure to toxic chemicals. Dkt. 7. By separate order, the undersigned has granted Plaintiff's motion for leave to proceed *in forma pauperis*.

      Plaintiff is now directed to fill out and return the necessary service forms so that the Court may direct the United States Marshal to serve his complaint upon the Defendants named

ORDER DIRECTING SUBMISSION OF SERVICE COPIES AND MARSHAL FORMS - 1

only as to his toxic chemical claim only.[1] Plaintiff is also directed to provide the Clerk with the appropriate number of service copies of his complaint so that the Defendants named as to his toxic chemical claim may be served.

Accordingly, it is **ORDERED**:

(1) The Clerk of the Court is directed to send the appropriate service forms to Plaintiff;

(2) Plaintiff is directed to fill out the forms with complete addresses for each named Defendant and return the forms so that the U.S. Marshal may attempt service by mail. Plaintiff is also directed to return the appropriate number of service copies of his complaint for service on each named Defendant. These documents must be returned on or before **September 30, 2009**, or the Court will recommend dismissal of this action for failure to prosecute.

**DATED** this 1st day of September, 2009.

Karen L. Strombom
United States Magistrate Judge

---

[1] The court's review of Plaintiff's complaint reflects that the Defendants named as to Plaintiff's toxic chemical claim include Geo Group, Inc., Janet Napolitano, James Hayes, Eric Holder, Neil Clark and Tom Giles.

ORDER DIRECTING SUBMISSION OF SERVICE COPIES AND MARSHAL FORMS - 2