UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>JOHN AND JANE DOES, et al.,<br><br>　　　　　　　　Defendants. | No. C09-5489 RJB/KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1)　The Court **ADOPTS** the Report and Recommendation (Dkt. 21).

2)　Defendants' motion to dismiss (Dkt. 14) is **GRANTED** as to Defendants Napolitano and Holder because the only relief sought against Defendants Napolitano and Holder is for injunctive relief. They are **dismissed** from this lawsuit.

3)　Defendants' motion to dismiss based on failure to comply with all requirements of the Federal Tort Claim Act (Dkt. 14) is **DENIED.**

4)　The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 2nd day of March, 2010.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1