UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN AND JANE DOES, BOARD OF DIRECTORS OF GEO GROUP, GEO GROUP, INC., JAMES HAYES, NEIL CLARK, TOM GILES, GEORGE WIGEN, and HEALTH SERVICE ADMINISTRATOR DEANNA GEPHARDT, et al.,<br><br>　　　　　　　　Defendants. | No. C09-5489 RJB/KLS<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE ADDRESS |

　　　　This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  Plaintiff has been granted leave to proceed *in forma pauperis*. Dkt. 8.  On October 9, 2009, the court directed the U.S. Marshal to serve the named defendants with Plaintiff's Complaint. Dkt. 11.   On June 18, 2010, the U.S. Marshal filed unexecuted returns of service dated June 17, 2010 for George Wigen, Neil Clark, and John and Jane Does/Directors of GEO Group, Inc.  Dkts. 27, 28 and 29.

　　　　The unexecuted returns of service reflect that the mailings were returned "unexecuted/no response."  *Id.*  The court is not aware of any service addresses for these defendants.  Because

ORDER - 1

service cannot be effected, personal jurisdiction over Defendants Wigen, Clark, and John and Jane Does/Directors of GEO Group, Inc. does not currently exist in this case and the court has no authority over them at this time. However, if Plaintiff provides current addresses for these Defendants, along with a properly completed summons, the court will direct that service be attempted again.

The Clerk is directed to send a copy of this Order to Plaintiff and counsel for Defendants. The Clerk is also directed to send to Plaintiff a copy of the court's docket and summons form. Plaintiff is directed to provide the court with the current address and completed summons **on or before August 23, 2010.**

**DATED** this   29th   day of July, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

ORDER - 2