UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN and JANE DOES (1-36), BOARD OF DIRECTORS OF GEO GROUP, GEO GROUP, INC., JAMES HAYES, NEIL CLARK, TOM GILES and GEORGE WIGEN,<br><br>  Defendants. | No. C09-5489 RJB/KLS<br><br>ORDER DIRECTING PLAINTIFF TO PROVIDE SERVICE NAMES AND ADDRESSES |

This case has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4. Plaintiff has been granted leave to proceed *in forma pauperis*. ECF No. 8.

On October 9, 2009, the court directed the U.S. Marshal to serve the named defendants with Plaintiff's Complaint. ECF No. 11. On June 18, 2010, the U.S. Marshal filed unexecuted returns of service dated June 17, 2010 for George Wigen, Neil Clark, and John and Jane Does/Directors of GEO Group, Inc. Dkts. 27, 28 and 29. The unexecuted returns of service reflect that the mailings were returned "unexecuted/no response." *Id.*

ORDER- 1

On July 29, 2010, Plaintiff was directed to provide current service addresses and completed summonses for the unserved Defendants. ECF No. 30. In response, Plaintiff provided two summonses addressed to George Wigen, and one each for Neil Clark and "John and Jane Doe Directors of Geo Group." The summonses included the address of the Northwest Detention Center (NWDC). The court is aware that Neil Clark is no longer employed at the NWDC; Mr. Wigen is not a named defendant; and, Plaintiff failed to provide completed summonses including the names and addresses for the "Directors of Geo Group."

Accordingly, it is **ORDERED**:

(1) The Clerk of the Court is directed to send service forms to Plaintiff;

(2) Plaintiff is directed to fill out the forms with complete addresses for the named Defendants and return the forms with service copies of the Amended Complaint so that service upon the named Defendants may be attempted. The court cannot serve "John and Jane Doe" defendants. Plaintiff must provide the court with the names and current addresses of each and every defendant he wishes to serve. These documents must be returned on or before **December 3, 2010**, or the Court will recommend dismissal of this action for failure to prosecute.

(3) The Clerk of Court is directed to send a copy of this Order to Plaintiff and to counsel for Defendants.

DATED this  15th  day of November, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER- 2