UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTOLIN ANDREW MARKS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN and JANE DOES (1-36), BOARD OF DIRECTORS OF GEO GROUP, GEO GROUP, INC., JAMES HAYES, NEIL CLARK, TOM GILES and GEORGE WIGEN,<br><br>　　　　　Defendants. | Case No. C09-5489RJB/KLS<br><br>ORDER RE-REFERRING CASE |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 35. The Court has considered the Report and Recommendation, objections, and the record.

The December 13, 2010, Report and Recommendation recommends dismissal of the action for failure to prosecute. Dkt. 35. The recommendation follows warnings to Plaintiff regarding his need to provide adequate addresses to the Court so that service could be effectuated. *Id.* On December 30, 2010, Plaintiff submitted additional forms for service and object to the Report and Recommendation. Dkt. 37. Accordingly, this Court should decline to adopt the Report and Recommendation and re-refer the case.

It is **ORDERED** that:

• This Court declines to adopt the Report and Recommendation (Dkt. 35);

• The case is **RE-REFERRED** to U.S. Magistrate Judge Karen L. Strombom for further proceedings.

ORDER
Page - 1

1  The Clerk is directed to sent copies of this order to Plaintiff, counsel for Defendants, and to U.S. Magistrate Judge Karen L. Strombom.

DATED this 18th day of January, 2011.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge