1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| ANTOLIN ANDREW MARKS, | CASE NO. 09-5489RJB/KLS |
|---|---|
| Plaintiff, | ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CLAIMS AGAINST FEDERAL DEFENDANTS |
| v. | |
| JOHN and JANE DOES (1-36), et. al., | |
| Defendants. | |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 44. The Court has considered the Report and Recommendation, objections, if any, and the record herein.

The Report and Recommendation contains the facts and procedural history (Dkt. 44, at 1-3) and is adopted here by reference. The Report and Recommendation recommends dismissal of remaining claims pursuant to Plaintiff's motion.

The Report and Recommendation should be adopted and the remaining claims dismissed.

Accordingly, it is **ORDERED**:

The Report and Recommendation (Dkt. 44) is **ADOPTED**;

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING
CLAIMS AGAINST FEDERAL DEFENDANTS- 1

1       Plaintiff's remaining claims **ARE DISMISSED**.

2       This case is **CLOSED**.

3       The Clerk is directed to send uncertified copies of this Order to Judge Strombom, all

4  counsel of record and to any party appearing *pro se* at said party's last known address.

5       Dated this 11th day of April, 2011.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING
CLAIMS AGAINST FEDERAL DEFENDANTS- 2