# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTOLIN ANDREW MARKS

v.

JOHN AND JANE DOES (1-36), et al.,

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5489RJB/KLS

__    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation (Dkt. 44) is **ADOPTED**;

Plaintiff's remaining claims **ARE DISMISSED**.

This case is **CLOSED.**

April 12, 2011                                   WILLIAM M. McCOOL
                                                          Clerk


                                                      *s/CM Gonzalez*
                                                  Deputy Clerk